## MISCELLANEOUS ORDERS

In re Enforcement of              :
Canons 7(B)(3)(a)(iv),                        ORDER
7(B)(3)(b) and 7(D)(2)             :
of the Code of Judicial Conduct

Whereas this court is vested with the authority to regulate all matters relating to the practice of law in this state pursuant to Section 2(B), Article IV, Ohio Constitution,

And whereas, pursuant to this constitutional authority, the court has adopted the Ohio Code of Judicial Conduct,

It is hereby ordered that the operation and enforcement of Canons 7(B)(3)(a)(iv), 7(B)(3)(b) and 7(D)(2) of the Ohio Code of Judicial Conduct shall be suspended as of the date of this order. No disciplinary proceedings involving those provisions may be initiated or pursued by the Office of Disciplinary Counsel, the Board of Commissioners on Grievances and Discipline, the Chief Justice of the Court of Appeals (or his or her designee), any certified grievance committees of local bar associations, or the Ohio State Bar Association.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 31, 2005*

[Cite as *01/31/2005 Case Announcements,* 2005-Ohio-315.]

## MOTION AND PROCEDURAL RULINGS

**2004–0304.  Johnson v. Microsoft Corp.**
Hamilton App. No. C–020564, 156 Ohio App.3d 249, 2004-Ohio-761. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of the motion of amicus curiae, Ohio Attorney General Jim Petro, to participate in oral argument scheduled for February 15, 2005,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amicus curiae shall share the time allotted to the appellant, Maria Johnson.

**2004–1543.  Hartman v. Smith.**
Wayne App. No. 04CA0043. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On September 16, 2004, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, sua sponte, that appellant show cause within 14 days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).